UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

JUL 2 4 2013

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| JESSIE LEE HAMPTON and BRYAN TRAMMELL, | ) ) ) |
| Defendants. | ) |

4:13CR00309SNLJ

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about June 25, 2013, in the City of Saint Louis, within the Eastern District of Missouri,

**JESSIE LEE HAMPTON,**

the Defendant herein, having been convicted previously of a felony crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess a firearm, which traveled in interstate or foreign commerce during or prior to being in the defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about June 25, 2013, in the City of Saint Louis, within the Eastern District of Missouri,

**JESSIE LEE HAMPTON,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT THREE

The Grand Jury further charges that:

On or about June 25, 2013, in the City of Saint Louis, within the Eastern District of Missouri,

**JESSIE LEE HAMPTON,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT FOUR

The Grand Jury further charges that:

On or about June 25, 2013, in the City of Saint Louis, within the Eastern District of Missouri,

**JESSIE LEE HAMPTON,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(D).

## COUNT FIVE

The Grand Jury further charges that:

On or about June 25, 2013, in the City of Saint Louis, within the Eastern District of Missouri,

**JESSIE LEE HAMPTON,**

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States; to wit: possession with the intent to distribute cocaine, as charged in Count Two herein; possession with the intent to distribute cocaine base (crack), as charged in Count Three herein; and possession with the intent to distribute marijuana, as charged in Count Four herein.

In violation of Title 18, United States Code, Section 924(c)(1).

## COUNT SIX

The Grand Jury further charges that:

On or about June 25, 2013, in the City of Saint Louis, within the Eastern District of Missouri,

**BRYAN TRAMMELL,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(D).

## COUNT SEVEN

The Grand Jury further charges that:

On or about June 25, 2013, in the City of Saint Louis, within the Eastern District of Missouri,

**BRYAN TRAMMELL,**

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States; to wit: possession with the intent to distribute marijuana, as charged in Count Six herein.

In violation of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
CRISTIAN M. STEVENS, #48028MO
Assistant United States Attorney